# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

Board of Trustees of the Plumbers and Pipefitters Local 525 Health and Welfare Trust and Plan; Board of Trustees of the Plumbers and Pipefitters Union Local 525 Pension Plan; and Board of Trustees of Plumbers and Pipefitters Local Union 525 Apprentice and Journeyman Training Trust for Southern Nevada,

Plaintiffs,

v.

TPM Services, LLC, a Nevada limited liability company,

Defendant.

Case No. 2:24-cv-02005-JAD-DJA

**AMENDED** Order to Show Cause

The Court previously issued an order setting a show cause hearing. (ECF No. 19). That order continues to govern the hearing except as **MODIFIED** as follows:

- Rishawn Newman will be required to show cause **why the undersigned magistrate judge should not certify the facts of his failure to appear at the August 29, 2025, court-ordered judgment debtor examination to the Honorable District Judge Jennifer A. Dorsey under 28 U.S.C. § 636(e)(6)(B)(iii);**

- Mr. Newman will **NOT** be required at the March 11, 2026, hearing to show cause why the Court should not hold him in contempt or sanction him for his failure to appear at the August 29, 2025, court-ordered judgment debtor examination.

///

///

///

The Clerk of Court is kindly directed to send a copy of this order to Mr. Newman and Defendant at the following addresses:

**TPM Services, LLC**
c/o Rishawn Newman, Manager
4343 N. Rancho Dr. #222
Las Vegas, Nevada 89130

**TPM Services, LLC**
c/o Bob Sweetin Esq.
4675 W. Teco Ave. Suite 240
Las Vegas, Nevada 89118

**Rishawn Newman**
4343 N. Rancho Dr. #222
Las Vegas, Nevada 89130

**Rishawn Newman**
c/o Bob Sweetin Esq.
4675 W. Teco Ave. Suite 240
Las Vegas, Nevada 89118

**IT IS SO ORDERED.**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: March 4, 2026

2