**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Board of Trustees of the Plumbers and Pipefitters Local 525 Health and Welfare Trust and Plan; et al., | Case No. 2:24-cv-02005-JAD-DJA |
| Plaintiffs<br>v. | **Order Holding TPM Services, LLC and Managing Member Rishawn Newman in Contempt of Court for Failure to Appear for Judgment-Debtor Examination** |
| TPM Services, LLC, a Nevada limited liability company, | **Contempt Sanction: $100/day until compliance** |
| Defendant | |

On June 8, 2026, this court issued an order directing Rishawn Newman of TPM Services, LLC to appear in court today at 10 a.m. to show cause why he should not be held in contempt of court for failing to appear at a court-ordered judgment-debtor exam.[1]  That order was served on counsel for TPM and Newman, Robert Sweetin, Esq., and also on Newman personally.[2]  Despite that notice, neither Newman nor his counsel appeared at that hearing or filed anything in advance of it.

For the reasons stated, and based on the authority cited, in the magistrate judge's May 19, 2026, Report and Recommendation,[3] and finding clear and convincing evidence that Newman and TPM have disobeyed a court order and have failed to take all reasonable steps within their

---

[1] ECF No. 32.

[2] ECF No. 33.

[3] ECF No. 31.

power to comply, IT IS ORDERED that **TPM Services, LLC and Rishawn Newman are held in contempt of court for Newman's failure to appear and sit for a judgment-debtor exam.**

**IT IS FURTHER ORDERED that Rishawn Newman must sit for and complete a judgment-debtor exam in this case by August 14, 2026. As a coercive civil-contempt sanction, <u>Rishawn Newman</u> and TPM Services, LLC, jointly and severally, <u>MUST PAY $100 PER DAY</u>, accruing each calendar day beginning today, <u>until Newman sits for and completes his judgment-debtor exam</u> for this case. The court also finds that plaintiffs are entitled to their reasonable attorneys' fees incurred in bringing this contempt motion.[4]**

**<u>If the judgment-debtor exam has not been completed by August 14, 2026, this court will seriously entertain issuing a bench warrant FOR THE ARREST of Rishawn Newman</u> by the U.S. Marshals Service. So Newman is warned that his failure to comply with this order may result in his arrest and civil confinement in a detention facility. Newman is advised to make arrangements to complete his judgment-debtor exam promptly to avoid this serious civil-contempt sanction by contacting Plaintiffs' counsel:**

William Nobriga, Esq.
Brownstein Hyatt Farber Schreck, LLP
Ph. 702-382-2101
Email. wnobriga@bhfs.com

**Plaintiffs must serve a copy of this order on Newman and TPM by personal service.**

---

[4] Plaintiffs should file a motion for a specific amount that complies with Local Rule 54-14.

The Clerk of Court is directed to EMAIL a copy of this order to

rnewman@tpmservice.com and MAIL a copy of this order by U.S. Mail to:

TPM Services, LLC
c/o Rishawn Newman
3223 Via Seranova
Henderson, Nevada 89044

TPM Services, LLC
4011 W. Oquendo Rd. Ste B
Las Vegas, NV 89118

Rishawn Newman
3223 Via Seranova
Henderson, Nevada 89044

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 14, 2026

3